| Fill in this information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | Matilda Miller | | | |
| | aka Matilda Johnson Miller | | | |
| Debtor 2 (Spouse, if filing) | | | | |
| United States Bankruptcy Court for the: | Northern | District of | Mississippi | |
| | | | (State) | |
| Case number | 13-10849-JDW | | | |

## Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| **Name of creditor:** | FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC As Serviced by Specialized Loan Servicing LLC | **Court claim no.** (if known): | 14-1 |
|---|---|---|---|

**Last four digits** of any number you use to identify the debtor's account: 5508

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____.

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.**

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | |
| 2. | Non-sufficient funds (NSF) fees) | | (2) | |
| 3. | Attorney fees | | (3) | |
| 4. | Filing fees and court costs | | (4) | |
| 5. | Bankruptcy/Proof of claim fees | | (5) | |
| 6. | Appraisal/Broker's price opinion fees | | (6) | |
| 7. | Property inspection fees | | (7) | |
| 8. | Tax advances (non-escrow) | Penalty & Interest   05/16/2016 | (8) | $14.80 |
| | | County Tax (2015)   05/16/2016 | (8) | $369.98 |
| 9. | Insurance advances (non-escrow) | | (9) | |
| 10. | Property preservation. Specify: | | (10) | |
| 11. | Other. Specify: | | (11) | |
| 12. | Other. Specify: | | (12) | |
| 13. | Other. Specify: | | (13) | |
| 14. | Other. Specify: | | (14) | |
| 15. | Total post-petition fees, expenses, and charges. Add all of the amounts listed above. | | (15) | $384.78 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.

| Debtor 1 | Matilda | Miller | | Case Number (if known) | 13-10849-JDW |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:  Sign Here**

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐    I am the creditor.

☒    I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**


/s/ __Keena N. Newmark__                            Date    __06/16/2016__
Signature

Print    __Keena N. Newmark__                      Title    Authorized Agent for Specialized Loan Servicing LLC
         First Name   Middle Name   Last Name

Company    Buckley Madole, P.C.

Address    14841 Dallas Parkway, Suite 300
           Number        Street

           Dallas, Texas  75254
           City       State      ZIP Code

Contact phone    (972) 643-6600            Email    POCInquiries@BuckleyMadole.com

---

**Official Form 410S2**         **Notice of Postpetition Mortgage Fees, Expenses, and Charges**         **Page 3**

4122-N-8580

**CERTIFICATE OF SERVICE OF NOTICE OF POST-PETITION MORTGAGE,
FEES, EXPENSES AND CHARGES**

    I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on _____ 20__

**Debtor**  *Via U.S. Mail*
Matilda Miller
612 Macedonia Road
Louisville, MS 39339-7105

**Debtors' Attorney**
Paula E. Drungole
P.O. BOX 186
STARKVILLE, MS  39760-0186

**Chapter 13 Trustee**
Terre M. Vardaman
P. O. Box 1326
Brandon, Mississippi 39043

**U.S. Trustee**
**U.S. Trustee**
501 East Court Street, Suite 6-430
Jackson, Mississippi  39201

                Respectfully Submitted,

                /s/ **Keena N. Newmark**